United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12015-amc
Gina Davis                                                            Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi          Page 1 of 2          Date Rcvd: Nov 28, 2016
                              Form ID: pdf900      Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2016.
db         +Gina Davis,    1040 Edgemore Road,    Philadelphia, PA 19151-3008
13495817   +Amerimark Premier,    1515 S 21st St,    Clinton, IA 52732-6676
13495819   +Comenity Bank/Blair,    8035 Quivira Rd,    Lenexa, KS 66215-2746
13495818   +Comenity Bank/Blair,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
13495820   +Comenity Bank/King Sizes,    4590 E Broad St,    Columbus, OH 43213-1301
13529920   +First Union National Bank,    PHFA Loan Srving Div.,    211 N. Front St.,
            Harrisburg, PA 17101-1466
13543248   +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13495823    Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13495824   +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13543990   +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: bankruptcy@phila.gov Nov 29 2016 01:40:08      City of Philadelphia,
            City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
            Philadelphia, PA 19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 29 2016 01:39:50
            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
            Harrisburg, PA 17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 29 2016 01:40:07      U.S. Attorney Office,
            c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13495816   +E-mail/Text: EBNProcessing@afni.com Nov 29 2016 01:40:03      Afni, Inc.,    Po Box 3427,
            Bloomington, IL 61702-3427
13515604    E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 29 2016 01:36:26
            American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
            Oklahoma City, OK 73124-8848
13590773    E-mail/Text: bankruptcy@phila.gov Nov 29 2016 01:40:08      City of Philadelphia,
            Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
            Philadelphia, PA 19102-1595
13495821   +E-mail/Text: bankruptcy_notifications@ccsusa.com Nov 29 2016 01:40:23      Credit Coll,
            Po Box 9133,    Needham, MA 02494-9133
13495822   +E-mail/Text: blegal@phfa.org Nov 29 2016 01:40:01      Pa Housing Finance Age,    211 N Front St,
            Harrisburg, PA 17101-1406
13525331    E-mail/Text: bnc-quantum@quantum3group.com Nov 29 2016 01:39:47
            Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13543518    E-mail/Text: bnc-quantum@quantum3group.com Nov 29 2016 01:39:47
            Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
            Kirkland, WA 98083-0788
13495825   +E-mail/Text: james.feighan@phila.gov Nov 29 2016 01:40:23      Water Revenue Bureau,
            1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                  TOTAL: 11

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 30, 2016                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 28, 2016 at the address(es) listed below:
            ANDREW F GORNALL    on behalf of Creditor   FIRST UNION NATIONAL BANK, Et Al...
            agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
            LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
            dmaurer@pkh.com

District/off: 0313-2          User: Randi              Page 2 of 2          Date Rcvd: Nov 28, 2016
                             Form ID: pdf900          Total Noticed: 21

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          PAUL H. YOUNG    on behalf of Debtor Gina  Davis ykassoc@gmail.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                          TOTAL: 5

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

GINA DAVIS                          Chapter 13


                    Debtor          Bankruptcy No. 15-12015-AMC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

     **AND NOW**, this _____ day of _____ Nov. _____, 2016 upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

     **ORDERED**, that any wage orders are hereby vacated.


                    _____
                         Ashely M. Chan
                         Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020


Debtor:
GINA  DAVIS

1040 EDGEMORE ROAD

PHILADELPHIA, PA 19151