# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   GINA DAVIS                     :   CHAPTER 13
         Debtor                        :   BANKRUPTCY NO. 15-12015-AMC

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Gina Davis has filed with the Court a Motion to Reconsider Order of Dismissal of the above Chapter 13 Bankruptcy Case.

**<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before December 23, 2016, you or your attorney must do <u>all</u> of the following:

    (a)   file an answer explaining your position at

        Clerk's Office
        United States Bankruptcy Court
        900 Market Street, Suite 400
        Philadelphia, PA  19107

If you mail your answer to the Bankruptcy Clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b)   mail a copy to the movant's attorney:

        Paul H. Young, Esquire
        3554 Hulmeville Road, Suite 102
        Bensalem, PA  19020
        Phone:  (215) 639-5297
        Fax:    (215) 639-1344

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Judge Ashley M. Chan on January 3, 2017 at 11:00 a.m. in Courtroom 5 at the United States Bankruptcy Court, 900 Market Street, Suite 400, Philadelphia, PA  19107.

    4.    If a copy of the motion is not enclosed; a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

    5.    You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: 12/7/16