# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:   GINA DAVIS | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 15-12015-AMC |

## ORDER

**AND NOW**, this 23rd day of March, 2017, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated November 23, 2016 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge