United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                           Case No. 15-12015-amc
Gina Davis                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Randi              Page 1 of 2              Date Rcvd: Mar 23, 2017
                             Form ID: pdf900          Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 25, 2017.
```
db              +Gina Davis,    1040 Edgemore Road,    Philadelphia, PA 19151-3008
13495817        +Amerimark Premier,    1515 S 21st St,    Clinton, IA 52732-6676
13495819        +Comenity Bank/Blair,    8035 Quivira Rd,    Lenexa, KS 66215-2746
13495818        +Comenity Bank/Blair,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
13495820        +Comenity Bank/King Sizes,    4590 E Broad St,    Columbus, OH 43213-1301
13839193        +First Union National Bank,    c/o Thomas Puleo, Esq.,    KML Law Group PC,
                  701 Market St., Ste. 5000,    Phila., PA 19106-1541
13529920        +First Union National Bank,    PHFA Loan Srving Div.,    211 N. Front St.,
                  Harrisburg, PA 17101-1466
13543248        +K. Jordan,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
13495823         Philadelphia Gas Works,    PO Box 11700,    Newark, NJ 07101-4700
13495824        +Seventh Avenue,    1112 7th Ave,    Monroe, WI 53566-1364
13543990        +Stoneberry,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: bankruptcy@phila.gov Mar 24 2017 01:36:17     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 24 2017 01:35:52
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Mar 24 2017 01:36:07     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13495816        +E-mail/Text: EBNProcessing@afni.com Mar 24 2017 01:35:59     Afni, Inc.,    Po Box 3427,
                  Bloomington, IL 61702-3427
13515604         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Mar 24 2017 01:32:52
                  American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                  Oklahoma City, OK  73124-8848
13590773         E-mail/Text: bankruptcy@phila.gov Mar 24 2017 01:36:17     City of Philadelphia,
                  Law Department  Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
                  Philadelphia, PA  19102-1595
13495821        +E-mail/Text: bankruptcy_notifications@ccsusa.com Mar 24 2017 01:36:26     Credit Coll,
                  Po Box 9133,    Needham, MA 02494-9133
13495822        +E-mail/Text: blegal@phfa.org Mar 24 2017 01:35:58     Pa Housing Finance Age,    211 N Front St,
                  Harrisburg, PA 17101-1406
13525331         E-mail/Text: bnc-quantum@quantum3group.com Mar 24 2017 01:35:41
                  Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA  98083-0788
13543518         E-mail/Text: bnc-quantum@quantum3group.com Mar 24 2017 01:35:42
                  Quantum3 Group LLC as agent for,    Comenity Capital Bank,    PO Box 788,
                  Kirkland, WA  98083-0788
13495825        +E-mail/Text: james.feighan@phila.gov Mar 24 2017 01:36:26     Water Revenue Bureau,
                  1401 JFK Blvd.,    Philadelphia, PA 19102-1663
                                                                                               TOTAL: 11

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 25, 2017                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2           User: Randi                  Page 2 of 2                   Date Rcvd: Mar 23, 2017
                               Form ID: pdf900              Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 23, 2017 at the address(es) listed below:

         ANDREW F GORNALL    on behalf of Creditor    FIRST UNION NATIONAL BANK, Et Al...
         agornall@kmllawgroup.com, bkgroup@kmllawgroup.com
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
         dmaurer@pkh.com
         PAUL H. YOUNG    on behalf of Debtor Gina  Davis ykassoc@gmail.com, ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com
         THOMAS I. PULEO    on behalf of Creditor    FIRST UNION NATIONAL BANK, Et Al...
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    ecfemails@ph13trustee.com, philaecf@gmail.com

         TOTAL: 6

Case 15-12015-amc    Doc 60    Filed 03/25/17    Entered 03/26/17 01:04:08    Desc Imaged
Certificate of Notice    Page 2 of 3

U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  GINA DAVIS | : | CHAPTER 13 |
| Debtor | : | BANKRUPTCY NO. 15-12015-AMC |

**ORDER**

**AND NOW**, this 23rd day of March, 2017, upon consideration of Debtor's Motion to Reconsider the Dismissal of this Chapter 13 Case, it is hereby **ORDERED** and **DECREED** that the Order of Dismissal dated November 23, 2016 is hereby **VACATED** and the above case is **REOPENED.** The Automatic Stay of Proceedings SHALL remain in full force and effect until further Order of Court.

BY THE COURT:

_____
Ashely M. Chan
United States Bankruptcy Judge