# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                Chapter 13

                Bankruptcy No. 15-12015-AMC

GINA DAVIS

1040 EDGEMORE ROAD

PHILADELPHIA, PA 19151

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    GINA DAVIS

    1040 EDGEMORE ROAD

    PHILADELPHIA, PA 19151

Counsel for debtor(s), by electronic notice only.

    PAUL H YOUNG
    3554 HULMEVILLE RD
    SUITE 102
    BENSALEM, PA 19020

                                          /S/ William C. Miller

Date: 5/9/2017                            _____

                                          William C. Miller, Esquire
                                          Chapter 13 Standing Trustee